UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMY LEE BILLS,
      Plaintiff,　　　　　　No.  2:16-cv-2137-KJM-EFB P
  vs.

E. SANCHEZ, et al.,
      Defendants.　　　**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
　　　　　　　　　　　　　/

    Jimmy Lee Bills, inmate H-50665, a necessary and material witness in proceedings in this case on December 13, 2018, is confined in California State Prison, Corcoran, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, to appear by video-conferencing at California State Prison, Corcoran, December 13, 2018, at 2:30 p.m.

    ACCORDINGLY, IT IS ORDERED that:

    1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3.  The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at California State Prison, Corcoran, (559) 992-7372.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden, California State Prison, Corcoran, P.O. Box 8800, Corcoran, CA  93212-8309:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  November 19, 2018.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE