UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE BILLS, | No. 2:16-cv-02137-KJM-EFB |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| E. SANCHEZ, et al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se and in forma pauperis. The court finds appointment of counsel for plaintiff is warranted. This case is REFERRED to Sujean Park to select counsel from the court's Pro Bono Attorney Panel to represent plaintiff. The trial confirmation hearing set for December 13, 2018 is VACATED. The court will schedule a status conference upon appointment of pro bono counsel. At that status conference, the court will reschedule the trial confirmation hearing and, if necessary, the trial.

IT IS SO ORDERED.

DATED: December 5, 2018.

_____
UNITED STATES DISTRICT JUDGE

1