UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE BILLS,<br><br>   Plaintiff,<br><br> v.<br><br>E. SANCHEZ, et al.,<br><br>   Defendants. | No. 2:16-cv-2137-KJM-EFB P<br><br>ORDER APPOINTING COUNSEL |

   Plaintiff is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On December 6, 2018, the court found the appointment of counsel for plaintiff warranted. ECF No. 58. John W. McCauley has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

   Accordingly, IT IS HEREBY ORDERED:

1. John W. McCauley is appointed as counsel for plaintiff in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order on John W. McCauley, Quinn Emanuel Urquhart & Sullivan LLP, 50 California St., 22nd Floor, San Francisco, CA 94111.

DATED: December 20, 2018.

                _____
                UNITED STATES DISTRICT JUDGE

1