1  JOHN MCCAULEY
Quinn Emanuel Urquhart & Sullivan, LLP
2   50 California Street, 22nd Floor
San Francisco, CA 94111
3  *Attorney for Plaintiff Jimmy Bills*

4

5  XAVIER BECERRA, State Bar No. 118517
Attorney General of California
6  JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
7  LARAYA M. PARNELL, State Bar No. 307200
Deputy Attorney General
8   1300 I Street, Suite 125
P.O. Box 944255
9  Sacramento, CA 94244-2550
Telephone:  (916) 210-7335
10  Fax:  (916) 324-5205
E-mail:  Laraya.Parnell@doj.ca.gov
11  *Attorneys for Defendants E.Sanchez*

12                    IN THE UNITED STATES DISTRICT COURT

13                    FOR THE EASTERN DISTRICT OF CALIFORNIA

14                              SACRAMENTO DIVISION

15

16

17  **JIMMY BILLS,**                              2:16-cv-02137-KJM-EFB (PC)

                                          Plaintiff,   **JOINT STIPULATION AND REQUEST
18                                                       FOR EXTENSION OF TIME TO FILE
                                                         JOINT SUPPLEMENTAL STATUS
19            v.                                         REPORT; ORDER**

20  **E. SANCHEZ, et al.,**

21                                      Defendants.   Judge:        Hon. Kimberly J. Mueller
                                                       Trial Date:   Not Set
22                                                       Action Filed:  September 7, 2016

23

24

25          Plaintiff's counsel John McCauley and Defense counsel Laraya M. Parnell and Jon Allin

26  appeared before Judge Mueller for a status conference on January 31, 2019, regarding trial.

27  During the status conference, the Court ordered the parties to file a joint supplemental status

28

                                              1

report addressing several matters related to trial after Plaintiff's counsel had an opportunity to meet with Plaintiff. (ECF No. 63.)

The parties met and conferred regarding the status of the case on February 14, 2019. The parties have determined that an extension of time is necessary because Plaintiff's counsel has not had the opportunity to meet with his client. Plaintiff's counsel was granted clearance to visit Plaintiff on February 14, 2019. Plaintiff's counsel is currently scheduled to visit California State Prison, Corcoran to meet with Plaintiff on March 11, 2019, to discuss the case and the questions presented by the Court in the minute order. The parties have agreed to further meet and confer in order to complete the joint supplemental status report after Plaintiff's counsel has the opportunity to meet with Plaintiff.

Accordingly, the parties request a forty-five-day extension of time, to Monday, April 8, 2019, to file the requested joint supplemental status report.

Dated: February 20, 2019                          Respectfully submitted,

                                                  /s/ *John McCauley*

                                                  JOHN MCCAULEY
                                                  Quinn Emanuel Urquhart & Sullivan, LLP
                                                  *Attorney for Plaintiff*

                                                  /s/ *Laraya M. Parnell*

                                                  LARAYA M. PARNELL
                                                  Deputy Attorney General
                                                  *Attorneys for Defendants E. Sanchez*

        IT IS SO ORDERED.

DATED: February 22, 2019.

_____
UNITED STATES DISTRICT JUDGE