# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMY LEE BILLS,

        Plaintiff,               No.  2:16-cv-2137 KJM EFB P

    vs.

E. SANCHEZ, et al.

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
                    /       **AD TESTIFICANDUM**

    Jimmy Lee Bills, inmate H50665, a necessary and material witness in proceedings in this case on June 26, 2019, is confined in California State Prison, Corcoran, 4001 King Ave., Corcoran, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Deborah Barnes, to appear by video-conferencing at California State Prison, Corcoran, on June 26, 2019 at 10:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of California State Prison, Corcoran:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  June 10, 2019

                            DEBORAH BARNES
                          UNITED STATES MAGISTRATE JUDGE