IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JIMMY BILLS,<br><br>                             Plaintiff,<br><br>      v.<br><br>E. SANCHEZ, et al.,<br><br>                            Defendants. | 2:16-cv-02137-KJM-EFB (PC)<br><br>ORDER RE JOINT STIPULATION AND REQUEST FOR EXTENSION OF PRETRIAL DEADLINES AND TRIAL DATE IN VIEW OF CONTINUED SETTLEMENT CONFERENCE<br><br><br>Judge:        Hon. Kimberly J. Mueller<br>Trial Date:   October 21, 2019<br>Action Filed: September 7, 2016 |

Having reviewed the parties' Joint Stipulation and Request for Extension of

Pretrial Deadlines and Trial Date in view of Continued Settlement Conference, the Court hereby orders that the deadlines set in the Mid-Litigation Scheduling Order, ECF No. 69, are continued as follows:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Disclosures of expert witnesses | July 19, 2019 | September 13, 2019 |
| Supplemental list of expert witnesses | August 2, 2019 | September 27, 2019 |
| Deadline for plaintiff to request amendment of exhibit list to include additional materials that were previously withheld | August 23, 2019 | October 11, 2019 |
| Supplemental joint pretrial conference statement | August 30, 2019 | October 18, 2019 |
| Close of expert discovery | September 20, 2019 | November 15, 2019 |
| Final pretrial conference | September 20, 2019 | November 15, 2019 |
| Trial | October 21, 2019 | December 16, 2019 at 9:00 a.m. |

IT IS SO ORDERED.

DATED: July 12, 2019.

_____
UNITED STATES DISTRICT JUDGE