IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY BILLS,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**E. SANCHEZ, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | Case No. 2:16-cv-02137-KJM-EFB (PC)<br><br>**ORDER RE JOINT STIPULATION AND REQUEST FOR EXTENSION OF PRETRIAL DEADLINES AND TRIAL DATE IN VIEW OF CONTINUED SETTLEMENT CONFERENCE** |

/ / /

/ / /

/ / /

Having reviewed the parties' Joint Stipulation and Request for Extension of Pretrial Deadlines and Trial Date in view of Continued Settlement Conference, the Court orders that the deadlines set in the Court's previous Order, ECF No. 81, are continued as follows:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Disclosures of expert witnesses | September 13, 2019 | November 15, 2019 |
| Supplemental list of expert witnesses | September 27, 2019 | November 29, 2019 |
| Deadline for plaintiff to request amendment of exhibit list to include additional materials that were previously withheld | October 11, 2019 | December 13, 2019 |
| Supplemental joint pretrial conference statement | October 18, 2019 | December 20, 2019 |
| Close of expert discovery | November 15, 2019 | January 17, 2020 |
| Final pretrial conference | November 15, 2019 | January 17, 2020 |
| Trial | December 16, 2019 | February 24, 2020 |

IT IS SO ORDERED.

DATED: September 6, 2019.

_____
UNITED STATES DISTRICT JUDGE

08860-00001/11050423.1    2

Order Re: Joint Req. for Extension Pretrial Deadlines and Trial Date (2:16-cv-02137-KJM-EFB (PC))